In re: SPELLMEIER, KEITH BRYAN § Case No. 12-41246
      SPELLMEIER, HEATHER MARIA § 
  §
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 06, 2012. The undersigned trustee was appointed on August 06, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $    3,599.14

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 3,599.14 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing non-governmental claims in this case was 01/03/2013 and the deadline for filing governmental claims was 02/02/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $899.79. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $899.79, for a total compensation of $899.79.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $359.00, for total expenses of $359.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/25/2013          By: /s/Patricia E. Hamilton
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-41246  **Trustee:** (360120) Patricia E. Hamilton
**Case Name:** SPELLMEIER, KEITH BRYAN  **Filed (f) or Converted (c):** 08/06/12 (f)
SPELLMEIER, HEATHER MARIA  **§341(a) Meeting Date:** 09/05/12
**Period Ending:** 04/25/13  **Claims Bar Date:** 01/03/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash | 25.00 | 0.00 | | 0.00 | FA |
| 2 | Bank of America checking | 25.00 | 0.00 | | 0.00 | FA |
| 3 | Morrill & Janes Bank - checking | 25.00 | 0.00 | | 0.00 | FA |
| 4 | Morrill & Janes Bank - husband & Brooklyn Spellm | 5.00 | 0.00 | | 0.00 | FA |
| 5 | Morrill & Janes Bank - husband & Bostyn Spellmei | 5.00 | 0.00 | | 0.00 | FA |
| 6 | Morrill & Janes Bank - husband & Kaiyn Spellmeie | 5.00 | 0.00 | | 0.00 | FA |
| 7 | Misc unencumbered HH Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 8 | Clothes washer, Microwave | 300.00 | 0.00 | | 0.00 | FA |
| 9 | Misc Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 10 | Misc Jewelry (no furs) | 100.00 | 0.00 | | 0.00 | FA |
| 11 | Term life - no cash value | 0.00 | 0.00 | | 0.00 | FA |
| 12 | 401k | 5,638.00 | 0.00 | | 0.00 | FA |
| 13 | Child support | Unknown | 0.00 | | 0.00 | FA |
| 14 | 2008 Pontiac Grand Prix | 8,000.00 | 0.00 | | 0.00 | FA |
| 15 | 2000 Chevy Silverado Pickup | 10,000.00 | 0.00 | | 0.00 | FA |
| 16 | 2005 Chevy Suburban | 7,000.00 | 0.00 | | 0.00 | FA |
| 17 | 75% of wages earned but not yet paid | Unknown | 0.00 | | 0.00 | FA |
| 18 | 2012 EITC - exempt | Unknown | 0.00 | | 0.00 | FA |
| 19 | 2012 tax refund (non-EIC portion) | Unknown | 1,500.00 | | 3,599.14 | FA |
| 19 | **Assets** Totals (Excluding unknown values) | **$32,728.00** | **$1,500.00** | | **$3,599.14** | **$0.00** |

**Major Activities Affecting Case Closing:**

2012 tax refund received. Claims reviewed. All assets fully administered. Ready for TFR.

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-41246  **Trustee:** (360120) Patricia E. Hamilton
**Case Name:** SPELLMEIER, KEITH BRYAN  **Filed (f) or Converted (c):** 08/06/12 (f)
SPELLMEIER, HEATHER MARIA  **§341(a) Meeting Date:** 09/05/12
**Period Ending:** 04/25/13  **Claims Bar Date:** 01/03/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** February 6, 2014    **Current Projected Date Of Final Report (TFR):** February 6, 2014

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 12-41246
**Case Name:** SPELLMEIER, KEITH BRYAN
SPELLMEIER, HEATHER MARIA
**Taxpayer ID #:** **-***4637
**Period Ending:** 04/25/13

**Trustee:** Patricia E. Hamilton (360120)
**Bank Name:** Rabobank, N.A.
**Account:** ****731666 - Checking Account
**Blanket Bond:** $27,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/28/13 | {19} | Heather Spellmeier | 2012 tax refund | 1124-000 | 3,599.14 | | 3,599.14 |
| | | | **ACCOUNT TOTALS** | | 3,599.14 | 0.00 | $3,599.14 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 3,599.14 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $3,599.14 | $0.00 | |

Net Receipts : 3,599.14
Net Estate : $3,599.14

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****731666** | 3,599.14 | 0.00 | 3,599.14 |
| | $3,599.14 | $0.00 | $3,599.14 |

{} Asset reference(s)

# Exhibit C - Claims Analysis

## Case: 12-41246   SPELLMEIER, KEITH BRYAN

Claims Bar Date: 01/03/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Patricia E. Hamilton<br>515 S. Kansas Ave., Suite 200<br>Topeka, KS 66603<br><2100-00  Trustee Compensation>,  200 | Admin Ch. 7<br>08/06/12 |  | $899.79<br>$899.79 | $0.00 | $899.79 |
|  | Patricia E. Hamilton<br>515 S. Kansas Ave., Suite 200<br>Topeka, KS 66603<br><2200-00  Trustee Expenses>,  200 | Admin Ch. 7<br>08/06/12 |  | $359.00<br>$359.00 | $0.00 | $359.00 |
| 1 | Quest Credit Union<br>610 SW 10th Ave<br>PO Box 1128<br>Topeka, KS 66601-1128<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>,  100 | Secured<br>08/10/12 | 7463<br><br>3001.1 notice sent 3/5/2013 | $11,276.41<br>$11,276.41 | $0.00 | $11,276.41 |
| 2 | USD 437 Auburn Washburn Schools<br>Attn Midwest CheckRite Inc<br>PO Box 5632<br>Topeka, KS 66605<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/02/12 | Enrollment fees | $115.00<br>$115.00 | $0.00 | $115.00 |
| 3 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/10/12 | 6709<br>VICTORIAS SECRET | $428.93<br>$428.93 | $0.00 | $428.93 |
| 4 | Credit First NA<br>Po Box 818011<br>Cleveland, OH 44181<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/11/12 | 9962 / 6680 | $556.00<br>$556.00 | $0.00 | $556.00 |
| 5 | Denison State Bank<br>421 New York<br>PO Box 71<br>Holton, KS 66436<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/11/12 | 8327 | $3,083.24<br>$3,083.24 | $0.00 | $3,083.24 |
| 6 | Capital One Bank USA NA<br>c/o American InfoSource LP<br>PO Box 248839<br>Oklahoma City, OK 73124-8839<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/13/12 | 1086 / 5402 | $2,130.00<br>$2,130.00 | $0.00 | $2,130.00 |

# Exhibit C - Claims Analysis

## Case: 12-41246   SPELLMEIER, KEITH BRYAN

Claims Bar Date: 01/03/13

| Claim Number | Claimant Name / &lt;Category&gt;, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;,  610 | Unsecured<br>10/14/12 | 5800 WALMART | $436.76<br>$436.76 | $0.00 | $436.76 |
| 8 | Montara, LLC<br>c o H. Kent Hollins<br>3615 SW 29th Street<br>Topeka, KS 66614<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;,  610 | Unsecured<br>10/19/12 | 008-3 | $913.47<br>$913.47 | $0.00 | $913.47 |
| 9 | Topeka Ear Nose and Throat<br>920 SW Lane St Ste 200<br>Topeka, KS 66606-2550<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;,  610 | Unsecured<br>10/26/12 | 8783 | $875.06<br>$875.06 | $0.00 | $875.06 |
| 10 | Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;,  610 | Unsecured<br>11/20/12 | 8757 BEST BUY | $915.80<br>$915.80 | $0.00 | $915.80 |
| 11 | US Dept. of Education<br>PO Box 105193<br>Atlanta, GA 30348-5193<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;,  610 | Unsecured<br>01/24/13 | 8792 GRP A-D | $9,448.90<br>$9,448.90 | $0.00 | $9,448.90 |
|  |  |  | **Case Total:** |  | **$0.00** | **$31,438.36** |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-41246
Case Name: SPELLMEIER, KEITH BRYAN
Trustee Name: Patricia E. Hamilton

**Balance on hand:** $ 3,599.14

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Quest Credit Union | 11,276.41 | 11,276.41 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 3,599.14

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Patricia E. Hamilton | 899.79 | 0.00 | 899.79 |
| Trustee, Expenses - Patricia E. Hamilton | 359.00 | 0.00 | 359.00 |

Total to be paid for chapter 7 administration expenses: $ 1,258.79
Remaining balance: $ 2,340.35

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,340.35

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,340.35

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 18,903.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2 | USD 437 Auburn Washburn Schools | 115.00 | 0.00 | 14.25 |
| 3 | Quantum3 Group LLC as agent for | 428.93 | 0.00 | 53.10 |
| 4 | Credit First NA | 556.00 | 0.00 | 68.84 |
| 5 | Denison State Bank | 3,083.24 | 0.00 | 381.73 |
| 6 | Capital One Bank USA NA | 2,130.00 | 0.00 | 263.71 |
| 7 | GE Capital Retail Bank | 436.76 | 0.00 | 54.07 |
| 8 | Montara, LLC | 913.47 | 0.00 | 113.09 |
| 9 | Topeka Ear Nose and Throat | 875.06 | 0.00 | 108.34 |
| 10 | Capital One, N.A. | 915.80 | 0.00 | 113.38 |
| 11 | US Dept. of Education | 9,448.90 | 0.00 | 1,169.84 |

Total to be paid for timely general unsecured claims: $ 2,340.35
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**